

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Garcia-Ruiz, Jose Maria DEFENDANT(S). | CASE NUMBER SACR08-245-1 |
|---|---|
| | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Wednesday 12/16/09___, at ___2:00___ ☐ a.m. ☒ p.m. before the Honorable ___Robert N Block___, in Courtroom ___6B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___12/14/09___

_____
U.S. District Judge/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                                                         Page 1 of 1